DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BOCA CHASE PROPERTY OWNERS' ASSOCIATION, INC.,** a Florida
Not-for-profit corporation,
Appellant,

v.

**ANDREW P. DELUCCA,** a/k/a ANDREW DELUCCA,
Appellee.

No. 4D2024-1687

[October 16, 2025]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; James W. Sherman, Judge; L.T. Case No. 50-2019-CC-002024-XXXX-MB.

Joseph G. Paggi III, of Stevens & Goldwyn, P.A., Plantation, for appellant.

Andrew J. Pascale of Law Offices of Andrew J. Pascale, P.A., Ormond Beach, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, KLINGENSMITH and SHEPHERD, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***